UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | |
|---|---|
| BRANDY E. FLORENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:13-cv-01025-TAB-TWP |
| | ) |
| CAROLYN W. COLVIN Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | |

## JUDGMENT

The Court, having found in favor of Plaintiff Brandy E. Florence and against the

Commissioner, enters judgment in favor of Plaintiff, reverses the Commissioner's decision, and

remands the case to the Agency for further proceedings, as authorized by sentence four of 42

U.S.C. § 405(g).


Date: 9/5/2014

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Laura Briggs, Clerk
United State District Court


By: Deputy Clerk

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov